UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHALY NOU

      Plaintiff,                      No. C 07-01883 (EDL)

  v.                              ORDER RE SUPPLEMENTAL BRIEFING

MICHAEL J. ASTRUE,

      Defendant.
_____/

     Plaintiff and Defendant have filed cross-motions for summary judgment in this action in which Plaintiff challenges the final decision of the Commissioner of Social Security denying her claim for Supplemental Security Income disability benefits. Neither party filed an opposition brief. It is hereby ORDERED that the parties shall file separate supplemental briefs not to exceed five pages by November 21, 2007. These briefs shall only address: (1) to what extent this Court may consider the findings in the Administrative Law Judge's initial September 24, 2002 decision, which, unlike his final decision, addressed all five sequential steps in the disability analysis; and (2) why the initial decision was vacated, and, in particular whether that decision was vacated for any reason other than to consider updated records from Plaintiff's treating sources.

Dated: November 8, 2007

                                                /s/ Elizabeth D. Laporte
                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge